**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Dion O. Taylor, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-001397

---

Appeal From Charleston County
R. Markley Dennis Jr., Post-Conviction Relief Judge

---

Memorandum Opinion No. 2019-MO-003
Submitted January 10, 2019 – Filed January 16, 2019

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara M. Caudy, of Columbia, for Petitioner.

Attorney General Alan Wilson and Senior Assistant Deputy Attorney General Megan Harrigan Jameson, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's dismissal of Dion O. Taylor's second application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW and JAMES, JJ., concur.**
**HEARN, J., not participating.**